BEFORE THE SECOND DIVISION, JULY 11, 1947

No. 51842.—Yamanaka & Co., Inc.. et al. v. United States, protests 93462–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.